JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE BROWN, | ) | No. SACV 12-539 CJC (FFM) |
| Plaintiff, | ) ) | ORDER FOR DISMISSAL OF ACTION WITHOUT PREJUDICE |
| v. | ) ) | |
| SANDRA HUTCHENS, SHERIFF OF ORANGE COUNTY, | ) ) ) | |
| Defendant. | ) ) | |

On April 24, 2012, Lawrence Brown ("Plaintiff") initiated this action by filing a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (hereinafter "Complaint"). The Court dismissed the Complaint with leave to amend on October 18, 2012. On November 15, 2012, Plaintiff filed a First Amended Complaint ("FAC").

On November 30, 2012, defendant filed a motion to dismiss the FAC and a motion to strike portions of the FAC. On December 19, 2012, Plaintiff filed a document in which he stated that he was voluntarily dismissing the action in its entirety.

To the extent Plaintiff's filing is construed to be a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), because defendant has not filed an answer to the FAC or a motion for summary judgment, the notice is sufficient in and of itself to dismiss the action without further order of this Court.

To the extent Plaintiff's filing is construed to be a request pursuant to Federal Rule of Civil Procedure 41(a)(2) for an order dismissing the action, Plaintiff's request is granted and the action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice.

DATED: January 3, 2013

_____
CORMAC J. CARNEY
United States District Judge

Presented by:

/S/ FREDERICK F. MUMM
   FREDERICK F. MUMM
United States Magistrate Judge